FORM B5
(10-05)

# United States Bankruptcy Court

Eastern District of Louisiana

**INVOLUNTARY PETITION**

| IN RE (Name of Debtor - If Individual: Last, First, Middle) | ALL OTHER NAMES used by debtor in the last 8 years (Include married, maiden, and trade names.) |
|---|---|
| THE COMMODORE, L.L.C. d/b/a Parc St. Charles Hotel | |

LAST FOUR DIGITS OF SOC. SEC. NO./Complete EIN or other TAX I.D. NO. (If more than one, state all.) 72-1320285

| STREET ADDRESS OF DEBTOR (No. and street, city, state, and zip code) | MAILING ADDRESS OF DEBTOR (If different from street address) |
|---|---|
| 1515 POYDRAS STREET STE 1820 NEW ORLEANS, LA 70112 | 301 MAGAZINE STREET STE 200 NEW ORLEANS, LA 70130 |

| COUNTY OF RESIDENCE OR PRINCIPAL PLACE OF BUSINESS | ZIP CODE | | ZIP CODE |
|---|---|---|---|

LOCATION OF PRINCIPAL ASSETS OF BUSINESS DEBTOR (If different from previously listed addresses)

CHAPTER OF BANKRUPTCY CODE UNDER WHICH PETITION IS FILED

☐ Chapter 7    ☒ Chapter 11

## INFORMATION REGARDING DEBTOR (Check applicable boxes)

Petitioners believe:
☐ Debts are primarily consumer debts
☒ Debts are primarily business debts

TYPE OF DEBTOR
☐ Individual      ☐ Stockbroker
☐ Partnership     ☐ Railroad
☒ Corporation     ☐ Health Care Business
☐ Clearing Bank   ☐ Commodity Broker
☐ Other: _____

BRIEFLY DESCRIBE NATURE OF BUSINESS

### VENUE

☒ Debtor has been domiciled or has had a residence, principal place of business, or principal assets in the District for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other District.

☐ A bankruptcy case concerning debtor's affiliate, general partner or partnership is pending in this District.

### FILING FEE (Check one box)

☒ Full Filing Fee attached

☐ Petitioner is a child support creditor or its representative, and the form specified in § 304(g) of the Bankruptcy Reform Act of 1994 is attached.

### PENDING BANKRUPTCY CASE FILED BY OR AGAINST ANY PARTNER OR AFFILIATE OF THIS DEBTOR (Report information for any additional cases on attached sheets.)

| Name of Debtor | Case Number | Date |
|---|---|---|
| Relationship | District | Judge |

### ALLEGATIONS
(Check applicable boxes)

COURT USE ONLY

1. ☒ Petitioner(s) are eligible to file this petition pursuant to 11 U.S.C. § 303(b).
2. ☒ The debtor is a person against whom an order for relief may be entered under title 11 of the United States Code.
3.a. ☒ The debtor is generally not paying such debtor's debts as they become due, unless such debts are the subject of a bona fide dispute as to liability or amount;
    or
  b. ☒ Within 120 days preceding the filing of this petition, a custodian, other than a trustee, receiver, or agent appointed or authorized to take charge of less than substantially all of the property of the debtor for the purpose of enforcing a lien against such property, was appointed or took possession.

*If a child support creditor or its representative is a petitioner, and if the petitioner files the form specified in § 304(g) of the Bankruptcy Reform Act of 1994, no fee is required.*

Name of Debtor THE COMMODORE, L.L.C.

OFFICIAL FORM 5 - Page 2  
Involuntary Petition  
(10/05)

Case No._____

## TRANSFER OF CLAIM

☐ Check this box if there has been a transfer of any claim against the debtor by or to any petitioner. Attach all documents evidencing the transfer and any statements that are required under Bankruptcy Rule 1003(a).

## REQUEST FOR RELIEF

Petitioner(s) request that an order for relief be entered against the debtor under the chapter of title 11, United States Code, specified in this petition. If any petitioner is a foreign representative appointed in a foreign proceeding, a certified copy of the order of the court granting recognition is attached.

Petitioner(s) declare under penalty of perjury that the foregoing is true and correct according to the best of their knowledge, information, and belief.

X _/s/_____  
Signature of Petitioner or Representative (State title)  
Dean J. Marcades d/b/a Dean Mar  
Name of Petitioner      Date Signed 10/21/10  
Name & Mailing Address of Individual Signing in Representative Capacity  
59 Walton Way  
Miramar Beach, FL 32550

X _____  
Signature of Attorney      Date  
Name of Attorney Firm (If any)  
Address  
Telephone No.

---

X _/s/ Edwin M. Palmer III_____  
Signature of Petitioner or Representative (State title)  
Decatur Hotels, LLC     10/21/10  
Name of Petitioner   Date Signed  
By: Edwin M. Palmer, III  
Name & Mailing Address of Individual Signing in Representative Capacity  
317 Magazine St.  
New Orleans, LA 70130  
Managing Member

X _/s/ Jan M. Hayden_____  
Signature of Attorney  Jan M. Hayden  Date 10/21/10  
Heller, Draper, Hayden, Patrick & Horn, LLC  
Name of Attorney Firm (If any)  
650 Poydras St., Ste. 2500  
Address  
New Orleans, LA 70130  
Telephone No.  
(504) 299-3300

---

X _Dennis W. Dillon_____  
Signature of Petitioner or Representative (State title)  
Duplantier Hrapmann Hogan&MaherLLP  
Name of Petitioner   Date Signed  
Name & Mailing Address of Individual Signing in Representative Capacity  
1615 Poydras St., Ste 2100  
New Orleans, LA 70112  
Partner

X _____  
Signature of Attorney      Date  
Name of Attorney Firm (If any)  
Address  
Telephone No.

## PETITIONING CREDITORS

| Name and Address of Petitioner | Nature of Claim | Amount of Claim |
|---|---|---|
| Dean J. Marcades d/b/a Dean Mar *Address same as above | Plumbing contract | $1,220.41 |
| Decatur Hotels, LLC *Address same as above | Advances & Mgmt fees | $667,571.31 |
| Duplantier Hrapmann Hogan&MaherLLP *Address same as above | Accounting Fees | $1,600.00 |
| Note: If there are more than three petitioners, attach additional sheets with the statement under penalty of perjury, each petitioner's signature under the statement and the name of attorney and petitioning creditor information in the format above. | | Total Amount of Petitioners' Claims |

_____ continuation sheets attached