UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF LOUISIANA

IN RE

**THE COMMODORE, L.L.C.**

DEBTOR(S)

**BANKRUPTCY NO.
10-13912
SECTION "B"**

CHAPTER 11

## ORDER FOR RELIEF UNDER CHAPTER 11

Considering the Petition for Involuntary Relief under Chapter 11 of the Bankruptcy Code having been filed by Dean J. Marcades d/b/a Dean Mar, Decatur Hotels. LLC, Duplantier Hrapmann Hogan & Maher, LLP and New Media Solutions, Inc. against The Commodore, L.L.C. on October 21, 2010, proper service having been given and no answer having been filed by The Commodore, L.L.C.,

**IT IS ORDERED** that Relief under Chapter 11 of the Bankruptcy Code be and it hereby is **GRANTED** against **The Commodore, L.L.C.**

**IT IS FURTHER ORDERED** that **The Commodore, L.L.C.,** through its proper officer(s), or Highpointe Hospitality, Inc., the Keeper, file a list of the top 20 unsecured creditors and a mailing matrix within 7 days or no later than **NOVEMBER 22, 2010.**

**IT IS FURTHER ORDERED** that **The Commodore, L.L.C.,** through its proper officer(s), or Highpointe Hospitality, Inc., the Keeper, file a Statement of Affairs and Schedules showing all of its assets and liabilities with this Court and a copy with the U. S. Trustee, Region V, within 14 days or no later than **NOVEMBER 29, 2010.**

**IT IS FURTHER ORDERED** that The Commodore, L.L.C., Debtor herein, comply with all provisions of the Bankruptcy Code and Rules.

New Orleans, Louisiana, November 15, 2010.

JERRY A. BROWN
BANKRUPTCY JUDGE